UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
for the
WESTERN DIVISION
of the
DISTRICT OF MASSACHUSETTS

FILED

U.S. DISTRICT COURT

CIV. NO.

# 04 - 30196 - KPN

JOSEPH BANAS and
MURIEL BANAS, Plaintiffs )
)
)
v. )    COMPLAINT
)
UNITED STATES OF AMERICA, )
Defendant )

FILING FEE PAID:
RECEIPT # 305744
AMOUNT $ 150.00
BY DPTY CLK mGh
DATE 9/29/04

Plaintiffs, complaining of the defendant, allege:

## JURISIDICTION

1.  This action arises out of the Federral Tort Cliams Act, 28 U.S.C. §§ 2671 et
    seq., and this Court has jurisdiction under the provisions of 28 U.S.C. §
    1346(b).

## PARTIES

2.  Plaintiff Joseph Banas, the physically injured Plaintiff, is a citizen and resident
    Hampden County the Commonwealth of Massachusetts, and the cause of action
    upon which this lawsuit is based arose in the county. Thus venue is properly
    laid in this court.

3.  Plaintiff Muriel Banas, wife of the physically injured Plaintiff, is a citizen and
    resident Hampden County the Commonwealth of Massachusetts, and the cause
    of action upon which this lawsuit is based arose in the county. Thus venue is
    properly laid in this court.

4.  The defendant of this lawsuit is the United States of America.

FACTS

5.  On December 6, 2000, Joseph Banas drove a van loaded with printed material for mailing to the Bulk Mail Center at 190 Fiberloid Street in Springfield, Massachusetts.  Mr. Banas and his wife own a printing concern, and they frequently made use of the bulk mailing center as part of their services.  That day, Mr. Banas backed his van to up to Dock Door 201, in order to load trays of mail onto GOMC mail carriers, also called "postcons," which  weigh about 250 pounds empty.  He placed full mail trays onto the first postcon, and Postal Worker William Harris transported it to the platform scales.  A second carrier was positioned on the loading dock.

7.  Mr. Banas crawled to the front of his van to retrieve more containers of mail. He was backing out of the rear doors, with one foot on the ground and the other knee still on the van's bumper, when the second postcon rolled off the loading dock, struck him from behind, and pinned him against the van, injuring his shoulder, back and leg.

8.  The accident was caused by improper positioning of the postcon, failure to lock the wheels on the postcon, failure to have a stop block in place, and/or improper positioning of the hydraulically operated portion of the loading dock. All of these items were exclusively within the control of postal employees during this unloading process.

9   As a proximate result of the negligence of the defendant, Plaintiff Joseph Banas was injured and suffered immediate shock, pain and disorientation. His condition was initially diagnosed as a sprain/strain of the cervical spine, thoracic spine, and lumbar spine. He could no longer walk without pain, and he developed a limp. He found it necessary to curtail many of his ordinary activities and his exercise program.  He incurred great expenses for medical and therapeutic treatment, and will continue to incur medical expenses in the future.  In particular the pain related to his hip or lower back remained unabated, despite resort to several different types of treatment, until March 2004,  when he began to achieve some relief through his current treatment with an Osteopath.

10. As a proximate result of the negligence of the defendant, Plaintiff Muriel Banas suffered a loss of consortium, including impairment of marital relations, and a significant reduction of the number and frequency of recreational activities and services enjoyed with her husband.

11.    On November 27, 2002, the plaintiffs Joseph Banas and Muriel Banas,
       submitted claims based on the above allegations to John E. Steele, Postmaster,
       United States Post Office, Springfield, Massachusetts in the amounts of
       $185,000.00 and $37,000.00 respectively.  On May 3, 2004, the agency rejected
       the claim.


       WHEREFORE, Plaintiffs Joseph Banas and Muriel Banas demand judgement.


DATED: September 28, 2004                Respectfully submitted,
                                         Joseph Banas and Muriel Banas,
                                         PLAINTIFFS


                                         By:_____
                                         Terry Scott Nagel, Esq.
                                         95 State Street, Suite 918
                                         Springfield, MA 01103
                                         Tel: (413) 731-8811
                                         Fax (413) 731-6641
                                         BBO#:  366430