IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BANAS AND<br>MURIELLE BANAS,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.  04cv30196-KPN<br>)<br>)<br>)<br>) |

## ANSWER

### JURISDICTION

  1.  As to paragraph 1, the defendant admits that the court has subject matter jurisdiction over this case pursuant to the Federal Tort Claims Act.

### PARTIES

  2.  As to paragraph 2, the defendant admits that venue is appropriate in this district.  As to the remainder of paragraph 3, the defendant has insufficient knowledge or information upon which to form a belief and, therefore, leaves the plaintiffs to their proof.

  3.  As to paragraph 3, the defendant admits that venue is appropriate in this district.  As to the remainder of paragraph 2, the defendant has insufficient knowledge or information upon which to form a belief and, therefore, leaves the plaintiffs to their proof.

  4.  The defendant admits the allegations of paragraph 4.

5. As to paragraph 5, the defendant admits that on or about December 6, 2000, the plaintiff, Joseph Banas, was at the Bulk Mail Facility at 190 Fiberloid Street in Springfield, Massachusetts at Dock Door 201 unloading bulk mail.  As to the remainder of paragraph 5, the defendant has insufficient knowledge or information upon which to form a belief and, therefore, leaves the plaintiffs to their proof.

7. As to paragraph 7, the defendant has insufficient knowledge or information upon which to form a belief and, therefore, leaves the plaintiffs to their proof.

8. The defendant denies the allegations of paragraph 8.

9. The defendant denies the allegations of negligence in paragraph 9. As to the remainder of paragraph 9, the defendant has insufficient knowledge or information upon which to form a belief and, therefore, leaves the plaintiffs to their proof.

10. The defendant denies the allegations of negligence in paragraph 10.  As to the remainder of paragraph 10, the defendant has insufficient knowledge or information upon which to form a belief and, therefore, leaves the plaintiffs to their proof.

11. As to paragraph 11, the defendant admits that the plaintiffs submitted claims to the United States Postal Service on or about December 4, 2002, seeking damages in the amount of $185,000 and $37,000 respectively, and that the claims were denied on May 3, 2004.  The defendant denies the remainder of paragraph 11.

**FIRST AFFIRMATIVE DEFENSE**

The plaintiffs' injuries, damages and losses, if any, were solely and proximately caused by Joseph Banas' negligence, carelessness or recklessness.

**SECOND AFFIRMATIVE DEFENSE**

The plaintiff, Joseph Banas, was negligent and any recovery must be diminished by his comparative negligence.

WHEREFORE, the defendant prays that judgment enter in its favor.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/Karen L. Goodwin
_____
Karen Goodwin
Assistant United States Attorney
District of Massachusetts
1550 Main Street
U.S. Courthouse, Room 310
Springfield, Massachusetts  01103
Tel:  413-785-0235
Fax: 413-785-0394

Dated:  December 14, 2004

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Terry Scott Nagel, 95 State Street, Springfield, MA 01103.

/s/Karen L. Goodwin
Karen L. Goodwin