≉AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

Joseph and Muriel Banas,

    v. .

United States of America

**APPEARANCE**

Case Number:   04CV30196

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case     for the United States of America.**

    **I certify that I am admitted to practice in this court.**

**December 14, 2004**
Date

Signature

**/s/ KAREN L. GOODWIN           549398**
Print Name                                                                    Bar

**1550 MAIN STREET, SUITE 310**
Address

**SPRINGFIELD            MA     01103**
City                              State              Zip Code

**(413) 785-0235          (413) 785-0394**
Phone Number                                                 Fax