UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH BANAS, et al.,  )
      Plaintiff(s)  )
      )
v.  )  Civil Action No. 04-30196-KPN
      )
UNITED STATES OF AMERICA,  )
      Defendant(s)  )

NOTIFICATION

This case has been assigned to Magistrate Judge Kenneth P. Neiman for all purposes. This form must be executed and returned to the Clerk of Court, Springfield, Massachusetts, within twenty (20) days of receipt. Please read the reverse side for further information.

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record consents to have Magistrate Judge Kenneth P. Neiman conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment, with direct review by the First Circuit Court of Appeals if any appeal is filed.

Signed and dated this _____ day of _____, 20___.

Attorney for _____

Attorney for _____

MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH SCHEDULING AND TRIALS BEFORE MAGISTRATE JUDGES. IN ALL LIKELIHOOD, THEREFORE, A CONSENT WILL MEAN THAT THIS CIVIL CASE WILL BE RESOLVED SOONER AND MORE INEXPENSIVELY.

REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In the event that you are unwilling to consent, sign below.

Signed and dated this _____ day of _____, 20___.

Attorney for _____

Attorney for _____

**Terry Scott Nagel**
**Attorney at Law**
95 State Street, Suite 918 ~ Springfield, MA 01103-2080
Phone (413) 731-8811 ~ Fax (413) 731-6641

January 13, 2005

Bethaney Healy
Office of the Clerk
United States District Court
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

Re:   Banas v. US Postal Service

Dear Ms. Healy:

Enclosed for filing the consent of both plaintiff's to proceed before Magistrate Neiman.

Thank you for your attention to this matter.

Very truly yours,

Terry Scott Nagel

TSN:sw
Enc.