UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
for the
WESTERN DIVISION
of the
DISTRICT OF MASSACHUSETTS

CIV. NO. 04 CV 30196 KPN

JOSEPH BANAS and )
MURIEL BANAS, Plaintiffs )
)
v. )  JOINT STATEMENT
)
UNITED STATES OF AMERICA, )
Defendant )

## Joint Statement of the Parties

The parties having conferred in accordance with Rule 16.1 on December 22, 2003, state the following to the Court:

1.  a.  The parties confirm the obligation to limit discovery as set forth in Fed. R. Civ. P. 26(b);

    b.  Phased discovery does not appear to be desirable in this case.

2.  The parties presently contemplate the following schedule:

    a.  Completion of discovery by September 1, 2005

    b.  Filing of dispositive motions by October 1, 2005.

    c.  Automatic disclosures by three weeks after first pretrial conference.

3.  A certification is attached hereto affirming that counsel have conferred with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through alternative dispute resolution programs. The parties have

concluded that no alternative dispute resolution program is appropriate at this time, but agree to leave the matter open to further discussion.

4. The parties agree to trial by jury before the U.S. Magistrate.

Respectfully submitted,
Joseph Banas and Muriel Banas,
Plaintiffs

By: _____
Terry Scott Nagel, Esq.
95 State Street, Suite 918
Springfield, MA 01103
(413) 731-8811
BBO#: 366430

Respectfully submitted:
United States of America
Defendant

_____
Karen Goodwin, AUSA
Office of the United States Attorney
Federal Building & Courthouse
1550 Main Street, Room 310
Springfield, MA 01103
(413) 785-0235
BBO#

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOSEPH BANAS AND<br>MURIELLE BANAS,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant. | Case No. 04-30196-KPN |

## DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D) (3)

The defendant, the United States of America, hereby certifies pursuant to L.R. 16.1(D) (3), that it has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

UNITED STATES OF AMERICA,

By: _[signature]_
Teresa Dale Pupillo
United States Postal Service
National Tort Center
St. Louis, MO 63166-6640

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Karen Goodwin
Karen Goodwin
Assistant United States Attorney
District of Massachusetts
1550 Main Street
U.S. Courthouse, Room 310
Springfield, Massachusetts 01103
Tel: 413-785-0235
Fax: 413-785-0394

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
for the
WESTERN DIVISION
of the
DISTRICT OF MASSACHUSETTS

CIV. NO. 04 CV 30196 KPN

JOSEPH BANAS and            )
MURIEL BANAS, Plaintiffs    )
                            )
v.                          )
                            )
UNITED STATES OF AMERICA,   )
 Defendant                  )

### Plaintiff's Certification

The undersigned parties and counsel hereby certify that counsel have conferred with a view of establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation, and to consider the resolution of the litigation through alternative dispute resolution programs.

_____          Date: 2/15/05
Terry Scott Nagel

_____          Date: 2/14/05
Joseph Banas

_____          Date: 2/14/05
Muriel Banas