UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH BANAS and MURIEL BANAS,  )
                     Plaintiffs    )
                                )
     v.                             )    Civil Action No. 04-30196-KPN
                                )
                                )
UNITED STATES OF AMERICA,    )
                     Defendant   )

SCHEDULING ORDER
February 24, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by March 17, 2005.

2. All written discovery and non-expert discovery shall be completed by September 1, 2005.

3. Counsel shall appear for a case management conference on September 6, 2005, at 2:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge