UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH BANAS and MURIEL BANAS, )
        Plaintiffs   )
        )
v.        )    Civil Action No.  04-30196-KPN
        )
        )
        )
UNITED STATES OF AMERICA,   )
        Defendant   )

## SCHEDULING ORDER
September 6, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference on this day:

1. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by October 14, 2005.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by November 11, 2005.

3. All expert depositions shall be completed by December 30, 2005.

4. Trial shall commence on February 27, 2006, at 9:00 a.m.  Counsel shall appear for a final pretrial conference on February 17, 2006, at 2:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: September 6, 2005

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge