UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH BANAS, et al.,            )
        Plaintiffs       )
                         )
                         )
v.                               )    Civil Action No. 04-30196-KPN
                         )
                         )
UNITED STATES OF AMERICA,        )
        Defendant        )


SETTLEMENT ORDER OF DISMISSAL
December 6, 2005


    The court, having been advised on December 6, 2005, that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                      By the Court,


                                      /s/ Bethaney A. Healy
                                      Bethaney A. Healy
                                      Deputy Clerk